UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HPROF, LLC, | No. 2:14-cv-0951 TLN DAD PS |
| Plaintiff, | |
| v. | ORDER |
| M R F FLORES, | |
| Defendant. | |

     By Notice of Removal filed April 17, 2014, this unlawful detainer action was removed from the Solano County Superior Court. Defendant is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

     On April 29, 2014, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and no party has filed objections to the findings and recommendations.

     The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

/////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed April 29, 2014 (Dkt. No. 3) are adopted in full;
2. This action is summarily remanded to the Solano County Superior Court; and
3. This case is closed.

Dated: May 20, 2014

Troy L. Nunley
United States District Judge

/hprof0951.jo

2